1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
4
   STEVEN J. SALTIEL (CSBN 202292)
5  Assistant United States Attorney

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-6996
        FAX: (415) 436-6748
8       steven.saltiel@usdoj.gov

9  Attorneys for the United States of America

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                             SAN FRANCISCO DIVISION

13

14 RICHARD KNUDSEN, EX REL. UNITED    )  CASE NO. CV 13-4476 EDL
   STATES OF AMERICA,                 )
15                                    )  **UNITED STATES' NOTICE OF ELECTION TO**
          Plaintiff,                  )  **DECLINE INTERVENTION;** [PROPOSED]
16                                    )  **ORDER TO UNSEAL**
       v.                             )
17                                    )
   SPRINT COMMUNICATION COMPANY,      )
18 LP, et al.                         )  **FILED UNDER SEAL**
                                      )
19        Defendants.                 )
   _____)

20
       Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court
21
   of its decision not to intervene in this action. Although the United States declines to intervene, it
22
   respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in
23
   the name of the United States; providing, however, that the "action may be dismissed only if the court
24
   and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.*
25
   The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language,
26
   the United States only has the right to a hearing when it objects to a settlement or dismissal of the action.
27
   *U.S. ex rel. Green v. Northrop Corp.,* 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v.*
28
   U.S. NOTICE OF ELECTION TO DECLINE INTERVENTION
   CV 13-4476 EDL                              1

1 | *Northrop Corp.,* 25 F.3d 715, 723-25 (9th Cir. 1994).

2   Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

   Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States. The United States also requests that orders issued by the Court be sent to the government's counsel. The United States reserves its rights to order any deposition transcripts and to intervene in this action, for good cause, at a later date, and to seek dismissal of the relator's action or claim. *See* 31 U.S.C. § 3730(c)(2), (3). The United States also requests that it be served with all notices of appeal.

   Finally, the United States requests that the Court unseal: (1) relator's Complaint; (2) the summons, if any; (3) this Notice of Election to Decline Intervention, with (Proposed) Order to Unseal; and (4) all other matters occurring in this action after the date the Court enters the unsealing order.

DATED: September 12, 2014            Respectfully submitted,

                                     MELINDA HAAG
                                     United States Attorney

                                     _____
                                     STEVEN J. SALTIEL
                                     Assistant United States Attorney

### [PROPOSED] ORDER TO UNSEAL

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), IT IS HEREBY ORDERED that:

1. The Complaint, the summons, this Order, and the accompanying United States' Notice of Election to Decline Intervention are hereby unsealed.

2. The relator shall serve the Complaint on defendants.

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

4. The parties shall serve all pleadings and motions filed in this action, including supporting

memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

5. The parties shall serve all notices of appeal upon the United States.

6. All orders of this Court shall be sent to the United States.

7. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: Sept 19, 2014

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

U.S. NOTICE OF ELECTION TO DECLINE INTERVENTION
CV 13-4476 EDL                                3