| | |
|---|---|
| 1 | Christopher B. Dolan (#165358) |
|   | Aimee E. Kirby (#216909) |
| 2 | Sandra I. Tan (#276333) |
|   | THE DOLAN LAW FIRM |
| 3 | 1438 Market Street |
|   | San Francisco, California 94102 |
| 4 | Telephone:   (415) 421-2800 |
|   | Facsimile:    (415) 421-2830 |
| 5 | |
| 6 | Attorneys for Plaintiff |
|   | Richard Knudsen |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Richard Knudsen, an individual, Qui Tam Plaintiff, on behalf of himself and United States of America and its Federal Agencies, a public entity,

　　　　　Plaintiffs,

v.

SPRINT COMMUNICATION COMPANY LP, SPRINT NEXTEL, SPRINT NEXTEL CORPORATION, SPRINT SOLUTIONS, INC., SPRINT SPECTRUM L.P.
SPRINT SPECTRUM LIMITED PARTNERSHIP
SPRINT SPECTRUM LP
NEXTEL COMMUNICATIONS INCORPORATED
NEXTEL COMMUNICATIONS OF THE MID ATLANTIC INCORPORATED
and Does 1-100,

　　　　　Defendants.

Case No.: **CV 13 4476 EDL**

**PLAINTIFF'S EX PARTE REQUEST FOR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE, AND THE JOINT STATEMENT**

Trial Date: TBD

　　　　Plaintiff hereby request from the Court a continuance of the Case Management Conference currently set for November 18, 2014 at 10:00 am.

Please note that Defendants SPRINT COMMUNICATIONS COMPANY L.P, SPRINT SPECTRUM L.P, and SPRINT SOLUTIONS, INC., have been served at 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 9583, on October 27, 2014, but have not appeared and have not been dismissed.

Due to the complexity of issues, Plaintiff is currently working with Defendants to voluntarily limit the parties to the correct entities and effectuate service. Defendants have retained Colin H. Murray at Baker & McKenzie LLP as counsel.

Plaintiff's counsel has been actively working with counsel regarding these issues for the last two weeks.

According to the court's Order, parties shall file a joint case management statement. However, Plaintiff requests a 45 day continuance for the defendants to have an opportunity to appear in this matter.

Dated: 11-11-14

_____
Aimee E. Kirby, Esq.
Attorney for Plaintiff

### [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT:

1. The Case Management Conference, currently scheduled for November 18, 2014 be continued to 10:00 am on 1/6/15.

2. The parties shall file a joint case management conference statement no later than 12/30/14.

IT IS SO ORDERED.

Dated: November 13, 2014

_____
Hon. Elizabeth D. Laporte

2

PLAINTIFF'S REQUEST FOR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE