Colin H. Murray, State Bar No. 159142
 colin.murray@bakermckenzie.com
Brian K. Tomkiel, State Bar No. 267253
 brian.tomkiel@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: 415.576.3000
Facsimile: 415.576.3099

Attorneys for Defendants
Sprint Communications Company L.P.,
Sprint Spectrum L.P., and
Sprint Solutions, Inc.

Christopher B. Dolan, State Bar No. 165358
Aimee E. Kirby, State Bar No. 216909
 aimee.kirby@cbdlaw.com
Sandra I. Tan, State Bar No. 276333
**THE DOLAN LAW FIRM**
1438 Market Street
San Francisco, CA 94102
Telephone: 415.421.2800
Facsimile: 415.421.2830

Attorneys for Plaintiff Richard Knudsen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KNUDSEN, an individual, Qui Tam Plaintiff, on behalf of himself and United States of America and its Federal Agencies, a public entity,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT COMMUNICATION COMPANY LP, SPRINT NEXTEL, SPRINT NEXTEL CORPORATION, SPRINT SOLUTIONS, INC., SPRINT SPECTRUM L.P., SPRINT SPECTRUM LIMITED PARTNERSHIP, SPRINT SPECTRUM LP, NEXTEL COMMUNICATIONS INCORPORATED, NEXTEL COMMUNICATIONS OF THE MID ATLANTIC INCORPORATED and Does 1-100,<br><br>Defendants. | Case No. CV-13-4476 (CRB)<br><br>Related Cases: CV-13-4465 (CRB); and CV-13-4542 (CRB)<br><br>**JOINT STIPULATION REGARDING THE BRIEFING SCHEDULE OF DEFENDANTS' MOTION TO DISMISS; ORDER**<br><br>[Civil L.R. 6-2]<br><br>Date Action Filed: September 27, 2013<br><br>Hearing Date of Motion to Dismiss:<br>　　　　　　　　　May 8, 2015<br>Time:　　　　　　10:00 a.m.<br><br>Courtroom: 6, 17th Floor<br>Before:　　The Hon. Charles R. Breyer |

6728101-v1\SFODMS

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
415 576 3000

Case No. CV-13-4476 (CRB)
STIPULATION AND PROPOSED ORDER

## RECITALS

**1.** On September 27, 2013, Plaintiff Richard Knudsen ("Plaintiff Knudsen" or "Plaintiff") filed a Complaint for Damages ("Complaint") under seal.

**2.** On June 12, 2014, the Court issued an Order Under Seal in the case setting a Case Management Conference for November 18, 2014, at 10:00 a.m., with a Joint Case Management Conference Statement due to be filed no later than November 12, 2014.

**3.** On September 19, 2014, the Court issued an Order to Unseal the Complaint, among other Court documents, including the Order Under Seal.

**4.** On November 12, 2014, Plaintiff Knudsen filed an Ex Parte Request for Continuance of the Case Management Conference and the Joint Statement ("Ex Parte Request") [Dkt. 14].

**5.** On November 13, 2014, the Court granted Plaintiff Knudsen's Ex Parte Request, and continued the Case Management Conference, previously set for November 18, 2014, to January 6, 2015, with the Joint Case Management Statement due no later than December 30, 2014 [Dkt. 15];

**6.** On November 14, 2014, Plaintiff effected service of the Summons and Complaint in this case on Defendant Sprint Communications Company L.P.

**7.** On November 17, 2014, Plaintiff Knudsen and Defendant Sprint Communications Company L.P. filed their first Joint Stipulation to extend the time for Defendant Sprint Communications Company L.P., along with Defendants Sprint Spectrum L.P. and Sprint Solutions, Inc., to file a responsive pleading to Plaintiff's Complaint, from December 5, 2014 to February 3, 2015, and to grant Plaintiff Knudsen a reciprocal extension of time to respond to any responsive pleading to the Complaint up to and including **April 6, 2015** [Dkt. 16].

**8.** In order to align the schedules of the related cases, the same schedule set out in the parties Joint Stipulation of November 17, 2014 in this action was also agreed upon and stipulated in the related cases AT&T-affiliated entities, *Knudsen v. AT&T Corp., et al.*, Case No. 13-cv-04542 (N.D. Cal), *Knudsen v. Cellco Partnership, d/b/a Verizon Wireless, Inc. et al.*, Case No. 13-cv-04465-EDL (N.D. Cal.).

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
415 576 3000

6728101-v1\SFODMS

1

Case No. CV-13-4476 (CRB)
STIPULATION AND PROPOSED ORDER

9.   On January 22, 2015, the Court signed an Order resetting the Case Management Conference to the new date of May 22, 2015, with a Case Management Conference Statement due on May 15, 2015.

10.  On February 3, 2015, Defendants Sprint Communications Company L.P., Sprint Spectrum L.P. and Sprint Solutions, Inc. ("Defendants") filed with the Court a Motion to Dismiss Plaintiff's Complaint ("Motion to Dismiss").

11.  The existing regular briefing schedule for the Motion to Dismiss sets the hearing date on May 8, 2015, the deadlines for Plaintiff to file an opposition brief on February 17, 2015 and for Defendants to file a reply brief on February 24, 2015.

12.  On November 17, 2015, the parties stipulated that Plaintiff's response to Defendants' responsive pleading to the Complaint will be due on or before April 6, 2015. Consequently, the parties hereby stipulate below to the full briefing schedule of Defendants' Motion to Dismiss.

13.  This is the first stipulation requesting an extension of time to the full briefing schedule regarding Defendants' Motion to Dismiss.

## STIPULATION

**THE PARTIES HEREBY AGREE AND STIPULATE** to the following briefing schedule for Defendants' Motion to Dismiss:

a.   Plaintiff's Opposition brief to Defendants' Motion to Dismiss, previously due on February 17, 2015, will now be due on **April 6, 2015.**

b.   Defendants' Reply brief, previously due on February 24, 2015, will now be due on **April 13, 2015**.

c.   The Motion to Dismiss hearing date will remain on **May 8, 2015.**

**IT IS SO STIPULATED.**

///

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
415 576 3000

6728101-v1\SFODMS

2

Case No. CV-13-4476 (CRB)
STIPULATION AND PROPOSED ORDER

Dated:   February 10, 2015                Respectfully submitted,

**BAKER & McKENZIE LLP**
COLIN H. MURRAY
BRIAN K. TOMKIEL


By:/s/  Brian K. Tomkiel
         Brian K. Tomkiel
Attorneys for Defendants
SPRINT COMMUNICATIONS
 COMPANY L.P.,
SPRINT SPECTRUM L.P., and
SPRINT SOLUTIONS, INC.


Dated:   February 10, 2015                **THE DOLAN LAW FIRM**
CHRISTOPHER B. DOLAN
AIMEE E. KIRBY


By:/s/   Aimee E. Kirby
         Aimee E. Kirby
Attorneys for Plaintiff
RICHARD KNUDSEN, an individual, Qui Tam Plaintiff, on behalf of himself and United States of America and its Federal Agencies, a public entity.


*Richard Knudsen v. Sprint Communications Company L.P., et al.*
**Case No. CV-13-4476 (CRB)**

### **ATTESTATION OF CONCURRENCE**

I, Brian K. Tomkiel, attest that I am one of the attorneys for Defendants Sprint Communications Company L.P., Sprint Spectrum L.P. and Sprint Solutions, Inc.  As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.


Dated: February 10, 2015                /s/ Brian K. Tomkiel
                                        Brian K. Tomkiel


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
415 576 3000

6728101-v1\SFODMS

3

Case No. CV-13-4476 (CRB)
STIPULATION AND PROPOSED ORDER

*Richard Knudsen v. Sprint Communications Company L.P., et al.*
**Case No. CV-13-4476 (CRB)**

# ORDER

PURSUANT TO THE FOREGOING STIPULATION, the following is **ORDERED**:

1. Plaintiff's Opposition brief to Defendants' Motion to Dismiss, previously due on February 17, 2015, will now be due on **April 6, 2015.**

2. Defendants' Reply brief, previously due on February 24, 2015, will now be due on **April 13, 2015**.

3. The Motion to Dismiss hearing date will remain on **May 8, 2015.**

**IT IS SO ORDERED.**

Dated: February 11, 2015

_____
The Honorable Charles R. Breyer
U.S. District Court Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
415 576 3000

6728101-v1\SFODMS

4

Case No. CV-13-4476 (CRB)
STIPULATION AND PROPOSED ORDER