1  Colin H. Murray, State Bar No. 159142
   colin.murray@bakermckenzie.com
2  Brian K. Tomkiel, State Bar No. 267253
   brian.tomkiel@bakermckenzie.com
3  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
4  San Francisco, CA  94111
   Telephone: 415.576.3000
5  Facsimile:  415.576.3099

6  Attorneys for Defendants
   Sprint Communications Company L.P.,
7  Sprint Solutions, Inc., and
   Sprint Spectrum L.P.

8

9                       UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

11

| | |
|---|---|
| RICHARD KNUDSEN, an individual, Qui Tam Plaintiff, on behalf of himself and United States of America and its Federal Agencies, a public entity,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT COMMUNICATION COMPANY LP, SPRINT NEXTEL, SPRINT NEXTEL CORPORATION, SPRINT SOLUTIONS, INC., SPRINT SPECTRUM L.P., SPRINT SPECTRUM LIMITED PARTNERSHIP, SPRINT SPECTRUM LP, NEXTEL COMMUNICATIONS INCORPORATED, NEXTEL COMMUNICATIONS OF THE MID ATLANTIC INCORPORATED and Does 1-100,<br><br>Defendants. | Case No.  CV-13-4476 (CRB)<br><br>Related Cases: CV-13-4465 (CRB); and<br>                CV-13-4542 (CRB)<br><br>**ORDER**<br><br>**GRANTING DEFENDANTS SPRINT COMMUNICATIONS COMPANY L.P., SPRINT SOLUTIONS, INC. AND SPRINT SPECTRUM L.P.'S** *EX PARTE APPLICATION* **FOR AN ORDER EXTENDING TIME TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS**<br><br>**Date Action Filed: September 27, 2013**<br><br>**Hearing Date of Motion to Dismiss:**<br>                **May 8, 2015**<br>**Time:**          **10:00 a.m.**<br><br>**Courtroom:  6, 17th Floor**<br>**Before:      The Hon. Charles R. Breyer** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
415 576 3000

Case No. CV-13-4476 (CRB)
[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXTEND TIME TO FILE REPLY BRIEF

6731321

**ORDER**

The Court having considered the *Ex Parte* Application of Defendants Sprint Communications Company L.P., Sprint Solutions, Inc., and Sprint Spectrum L.P. ("Defendants") for an Order extending time for Defendants to file a Reply in support of their Motion to Dismiss Complaint, and good cause appearing therefore, IT IS HEREBY ORDERED that said *Ex Parte* Application is **GRANTED**.

The time for Defendants to file their Reply is hereby extended to and including **April 20, 2015.**

**IT IS SO ORDERED.**

Dated: April 10, 2015

The H___
United ___



1

Case No. CV-13-4476 (CRB)
[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXTEND TIME TO FILE REPLY BRIEF

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
415 576 3000

6731321