| | |
|---|---|
| 1 | Colin H. Murray, State Bar No. 159142 |
| | colin.murray@bakermckenzie.com |
| 2 | Brian K. Tomkiel, State Bar No. 267253 |
| | brian.tomkiel@bakermckenzie.com |
| 3 | **BAKER & McKENZIE LLP** |

Colin H. Murray, State Bar No. 159142
colin.murray@bakermckenzie.com
Brian K. Tomkiel, State Bar No. 267253
brian.tomkiel@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111
Telephone: 415.576.3000
Facsimile:  415.576.3099

Attorneys for Defendants
Sprint Communications Company L.P.,
Sprint Solutions, Inc., and
Sprint Spectrum L.P.

Christopher B. Dolan, State Bar No. 165358
Aimee E. Kirby, State Bar No. 216909
aimee.kirby@cbdlaw.com
Sandra I. Tan, State Bar No. 276333
**THE DOLAN LAW FIRM**
1438 Market Street
San Francisco, CA  94102
Telephone: 415.421.2800
Facsimile:  415.421.2830

Attorneys for Plaintiff Richard Knudsen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KNUDSEN, an individual, Qui Tam Plaintiff, on behalf of himself and United States of America and its Federal Agencies, a public entity,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT COMMUNICATION COMPANY LP, SPRINT NEXTEL, SPRINT NEXTEL CORPORATION, SPRINT SOLUTIONS, INC., SPRINT SPECTRUM L.P., SPRINT SPECTRUM LIMITED PARTNERSHIP, SPRINT SPECTRUM LP, NEXTEL COMMUNICATIONS INCORPORATED, NEXTEL COMMUNICATIONS OF THE MID ATLANTIC INCORPORATED and Does 1-100,<br><br>Defendants. | **Case No.  CV 13-04476 (CRB)**<br><br>**JOINT STIPULATION TO EXTEND TIME AND SET FURTHER BRIEFING SCHEDULE FOR SPRINT DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; ORDER**<br><br>[Civil L.R. 6-2]<br><br>**Date Action Filed: September 27, 2013**<br><br>**The Honorable Charles R. Breyer** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
415 576 3000

Case No. CV 13-04476 CRB
JOINT STIPULATION AND [PROPOSED] ORDER

## RECITALS

1. On June 5, 2015, the Court held a hearing on the Motions to Dismiss Plaintiff's Complaint filed by the Sprint Defendants in this case and by the AT&T and Verizon Defendants in the related *qui tam* cases also pending in this Court, *see Knudsen v. AT&T Corp., et al.*, Case No. 13-cv-04542 (N.D. Cal.), and *Knudsen v. Cellco Partnership, d/b/a Verizon Wireless, Inc. et al.*, Case No. 13-cv-04465-EDL (N.D. Cal.).

2. The Court granted the Motions to Dismiss without prejudice and ordered that Plaintiff would be permitted to file amended complaints in this case and the related cases within thirty days, as set forth in the minute order entered by the Court on June 8, 2015. *See* ECF No. 46. On July 6, 2015, Plaintiff filed Amended Complaints in all three cases. *See, e.g.* ECF No.53. The Sprint Defendants timely filed a motion to dismiss the Amended Complaints on July 23, 2015. *See, e.g.*, ECF No. 54. On July 27, Plaintiff filed an *ex parte* motion seeking to extend until August 27, 2015, his time to file an opposition to the dismissal motion. *See, e.g.*, ECF No. 55.

3. Pursuant to Local Rule of Civil Procedure 6-2, the parties have conferred and jointly move the Court for entry of a stipulation and order setting a coordinated further briefing schedule for Plaintiff's Opposition to Defendants' Motion to Dismiss and Defendants' Reply Memorandum in support of their motions, as follows:

   (a) Plaintiff's Opposition Memoranda shall be filed on or before August 27, 2015;

   (b) Defendants' Reply Memoranda shall be filed on or before September 24, 2015; and

   (c) The hearing scheduled for September 18, 2015, will be vacated and reset for October 9, 2015.

## STIPULATION

It is hereby stipulated and agreed between the Parties that:

1. Plaintiff's Opposition Memorandum shall be filed on or before August 27, 2015;

2. Defendant's Reply Memorandum shall be filed on or before September 24, 2015; and

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
415 576 3000

Case No. CV 13-04476 CRB
JOINT STIPULATION AND [PROPOSED] ORDER

3. The hearing scheduled for September 18, 2015, will be vacated and reset for October 9, 2015.

Respectfully submitted,

Dated: July 28, 2015

BAKER & McKENZIE LLP
COLIN H. MURRAY
BRIAN K. TOMKIEL

By: /s/ Colin H. Murray
     Colin H. Murray
Attorneys for Defendant
SPRINT COMMUNICATIONS COMPANY L.P.,
SPRINT SOLUTIONS, INC., and
SPRINT SPECTRUM L.P.

Dated: July 28, 2015

THE DOLAN LAW FIRM
CHRISTOPHER B. DOLAN
AIMEE E. KIRBY

By: /s/ Aimee E. Kirby
     Aimee E. Kirby
Attorneys for Plaintiff
RICHARD KNUDSEN, an individual, Qui Tam Plaintiff, on behalf of himself and United States of America and its Federal Agencies, a public entity.

Case No. CV 13-04476 (CRB)

2

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
415 576 3000

Case No. CV 13-04476 CRB
JOINT STIPULATION AND [PROPOSED] ORDER

**Richard Knudsen v. Sprint Communication Company LP., et al.**
**Case No. CV 13-04476 (CRB)**

### ATTESTATION OF CONCURRENCE

I, Colin H. Murray, attest that I am one of the attorneys for the Sprint Defendants. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: July 28, 2015          /s/ Colin H. Murray
                              Colin H. Murray

*******************************************

**Richard Knudsen v. Sprint Communication Company LP., et al.**
**Case No. CV 13-04476 (CRB)**

### ORDER

PURSUANT TO STIPULATION, the following is ORDERED:

1. Plaintiff's Opposition Memorandum shall be filed on or before August 27, 2015; and

2. Defendant's Reply Memorandum shall be filed on or before September 24, 2015.

3. The hearing currently scheduled for September 18, 2015, is vacated and reset for October 9, 2015.

**IT IS SO ORDERED.**

Dated: July 31, 2015          _____
                              The Honorable Charles R. Breyer
                              U.S. District Judge

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
415 576 3000

3

Case No. CV 13-04476 CRB
JOINT STIPULATION AND [PROPOSED] ORDER