1  Colin H. Murray, State Bar No. 159142
   colin.murray@bakermckenzie.com
2  Brian K. Tomkiel, State Bar No. 267253
   brian.tomkiel@bakermckenzie.com
3  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
4  San Francisco, CA  94111
   Telephone: 415.576.3000
5  Facsimile:  415.576.3099

6  Attorneys for Sprint Defendants

7

8  Christopher B. Dolan, State Bar No. 165358
   Aimee E. Kirby, State Bar No. 216909
   aimee.kirby@cbdlaw.com
9  Sandra I. Tan, State Bar No. 276333
   **THE DOLAN LAW FIRM**
10 1438 Market Street
   San Francisco, CA  94102
11 Telephone: 415.421.2800
   Facsimile:  415.421.2830
12
   Attorneys for Plaintiff Richard Knudsen

13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD KNUDSEN, an individual, Qui Tam Plaintiff, on behalf of himself and United States of America and its Federal Agencies, a public entity,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT COMMUNICATION COMPANY LP, SPRINT NEXTEL, SPRINT SPECTRUM LIMITED, and Does 1-100,<br><br>Defendants. | **Case No.  CV 13-04476 (CRB)**<br><br>ORDER SETTING STATUS CONFERENCE<br><br><br>**Date Action Filed: September 27, 2013**<br><br>**The Honorable Charles R. Breyer** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
415 576 3000

550201-v1\PALDMS

Case No. CV 13-04476 CRB
[PROPOSED] ORDER

## **ORDER**

PURSUANT to the Parties' November 9, 2015 Stipulation, the following is ORDERED:

1. Relator shall not file an amended complaint or any potentially confidential materials on November 9, 2015, and Defendants will not seek default on account of Relators' not filing an amended complaint on that date;

2. A status conference to discuss this matter is set for Dec. 11, 2015 at 8:30 a.m..  The parties may appear telephonically.

**IT IS SO ORDERED.**

Dated: Nov. 12, 2015

_____
The Honorable Charles R. Breyer
United States District Court Judge

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
415 576 3000

Case No. CV 13-04476 CRB
[PROPOSED] ORDER