```
1   Christopher B. Dolan (#165358)
    Aimee E. Kirby (#216909)
2   THE DOLAN LAW FIRM
    1438 Market Street
3   San Francisco, California 94102
    Telephone:   (415) 421-2800
4   Facsimile:   (415) 421-2830

5
    Attorneys for Plaintiff
6   Richard Knudsen

7   Colin Murray
    Baker & McKenzie, LLP
8   Two Embarcadero Center, 11th Floor
    San Francisco , CA 94111
9   T: (415)591-3244

10
    Attorneys for Defendants
11  SPRINT COMMUNICATIONS COMPANY L.P., et al
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Richard Knudsen, an individual, Qui Tam Plaintiff, on behalf of himself and United States of America and its Federal Agencies, a public entity,<br>          Plaintiffs,<br><br>     v.<br><br>SPRINT COMMUNICATION COMPANY LP, SPRINT NEXTEL, SPRINT NEXTEL CORPORATION, SPRINT SOLUTIONS, INC., SPRINT SPECTRUM L.P.<br>SPRINT SPECTRUM LIMITED PARTNERSHIP<br>SPRINT SPECTRUM LP<br>NEXTEL COMMUNICATIONS INCORPORATED<br>NEXTEL COMMUNICATIONS OF THE MID ATLANTIC INCORPORATED<br>and Does 1-100,<br>          Defendants. | Case No.:  **CV 13 4476 CRB**<br><br><br><br><br>**~~PROPOSED~~ ORDER JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br><br><br><br><br>Action Filed: Sept. 27, 2013<br>Trial Date: TBD<br>Judge: Hon. Charles R. Breyer |

**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**

-1-

# ORDER

PURSUANT TO STIPULATION, the following is ORDERED:

1. The Status Conference shall be continued to December 21, 2015. Should December 21, 2015 be unavailable for the Court, please contact plaintiff-relator's counsel with the Court's availability to find a mutually agreeable date for all parties.
2. The Status Report shall be due on December 14, 2015 or a week from the date of the Status Conference.
3. The Status Conference currently scheduled for December 11, 2015 is vacated and reset for __December 18, 2015__.

**IT IS SO ORDERED.**

Dated: __December 8__, 2015        _____

The Honorable Charles R. Breyer

THE DOLAN LAW FIRM
TRIAL LAWYERS
THE DOLAN BUILDING
1438 MARKET STREET
SAN FRANCISCO, CA 94105
TEL: (415) 421-2800
FAX: (415) 421-2830