1  Colin H. Murray, State Bar No. 159142
      colin.murray@bakermckenzie.com
2  Brian K. Tomkiel, State Bar No. 267253
      brian.tomkiel@bakermckenzie.com
3  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
4  San Francisco, CA  94111
   Telephone: +1 415 576 3000
5  Facsimile: +1 415 576 3099

6  Attorneys for Sprint Defendants

7  CHRISTOPHER B. DOLAN (CA SBN 165358)
   AIMEE E. KIRBY (CA SBN 216909)
8  SANDRA I. TAN (CA SBN 276333)
   **THE DOLAN LAW FIRM**
9  1438 Market Street
   San Francisco, CA 94102
10 Telephone:  415.421.2800
   Facsimile:  415.421.2830
11
   Attorneys for Plaintiff Richard Knudsen
12

13

14                 UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                  SAN FRANCISCO DIVISION

| | |
|---|---|
| 17 RICHARD KNUDSEN, an individual, Qui Tam Plaintiff, on behalf of himself and United States of America and its Federal Agencies, a public entity,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT COMMUNICATIONS COMPANY, L.P., SPRINT NEXTEL, SPRINT SPECTRUM LIMITED, and Does 1-100,<br><br>Defendants. | **Case No. CV 13 4476 (CRB)**<br><br>**(Related Cases:  CV 13 4465 (CRB) and CV 13 4542 (CRB))**<br><br>**JOINT STIPULATION TO ENTER A BRIEFING SCHEDULE;  ORDER**<br><br>**Am. Compl. Filed:  Jan. 29, 2016**<br><br>**Trial Date:  None set**<br><br>**Before:       The Hon. Charles R. Breyer** |

25

26

27

28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

Case No. CV-13-4476 CRB – JOINT STIPULATION TO ENTER A BRIEFING SCHEDULE; PROPOSED ORDER

**RECITALS**

1.      On January 29, 2016, Plaintiff filed a Second Amended Complaint, totaling, with exhibits, 87 pages.  This is Plaintiff's third attempt at pleading this case, following two successful motions to dismiss filed and argued by Defendants.  Defendants intend to file a motion to dismiss the Second Amended Complaint as well.

2.      Given the number of issues in the case, the anticipated number of arguments to be briefed in the upcoming motion to dismiss, and the need to take account of prior briefing and argument as part of that upcoming motion to dismiss, the parties have agreed upon the following briefing and hearing schedule as one that will serve the interests of justice and allow the parties to present their best arguments and address the various issues that are presented:

- Motion to Dismiss the Second Amended Complaint:  due March 1, 2016

- Opposition to Motion to Dismiss:  due April 1, 2016

- Reply in Support of Motion to Dismiss:  due April 20, 2016

- Hearing on Motion to Dismiss:  May 13, 2016

3.      Moreover, Plaintiff has brought analogous *qui tam* cases in this Court against various AT&T-affiliated entities, *Knudsen v. AT&T Corp., et al.*, 13-cv-4542 (N.D. Cal), and various Verizon-affiliated entities, *Knudsen v. Cellco Partnership, et al.*, 13-cv-04465-CRB (N.D. Cal.), and the parties desire a coordinated briefing and hearing schedule as to these three cases given the overlapping issues.  A coordinated schedule among these three cases will result in a number of practical efficiencies for the parties, and, significantly, will preserve judicial resources and promote judicial economy.  A stipulation and proposed order with the same dates as this one have been submitted in those matters as well.

4.      The Court gave Plaintiff 45 days from the December 18, 2015 status conference to file his Second Amended Complaint.  No other requests have been made to the Court to extend the briefing or hearing schedule as to motions to dismiss the Second Amended Complaint.

5.      Plaintiff's counsel seeks permission to file all necessary exhibits under seal.  Defendants take no position at this time on Plaintiff's request to submit materials under seal, but reserve and do not waive any and all rights and objections they may have to the submission or

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

Case No. CV-13-4476 CRB – JOINT STIPULATION TO ENTER A BRIEFING SCHEDULE; PROPOSED ORDER

consideration of these materials, whether sealed or unsealed.

6.      Pursuant to Local Rule 6-2, the parties have agreed to the modified schedule as set forth in the Stipulation below.

**STIPULATION**

Plaintiff, through his counsel, and Defendants, through their counsel, hereby stipulate that, without any party conceding jurisdiction in this matter:

1.      Defendants shall have up to and including March 1, 2016 to file a motion to dismiss or otherwise respond to Plaintiff's Second Amended Complaint.

2.      Plaintiff shall have up to and including April 1, 2016 to respond to Defendants' motion to dismiss or responsive pleading.

3.      Defendants shall have up to and including April 20, 2016 to file a reply in support of their motion to dismiss or other response to Plaintiff's Second Amended Complaint.

4.      The hearing on Defendants' motion to dismiss shall be set for May 13, 2016.

DATED: February 9, 2016                 BAKER & MCKENZIE LLP


                                        BY:      /s/ Colin H. Murray
                                                 COLIN H. MURRAY
                                                 Attorneys for Sprint Defendants


DATED: February 9, 2016                 THE DOLAN LAW FIRM


                                        BY:      /s/ Aimee E. Kirby
                                                 AIMEE E. KIRBY
                                                 Attorneys for Plaintiff and Qui Tam Plaintiff
                                                 Richard Knudsen

**FILER'S ATTESTATION**

I, Colin H. Murray, am the ECF user whose ID and password are being used to file this Joint Stipulation to Enter a Briefing Schedule.  I hereby attest that Aimee E. Kirby has concurred in this and has authorized me to affix her electronic signature to this Stipulation.

Dated:  February 9, 2016                          /s/ Colin H. Murray

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

Case No. CV-13-4476 CRB – JOINT STIPULATION TO ENTER A BRIEFING SCHEDULE; PROPOSED ORDER

**ORDER**

1.      Defendants shall have up to and including March 1, 2016 to file a motion to dismiss or otherwise respond to Plaintiff's Second Amended Complaint.

2.      Plaintiff shall have up to and including April 1, 2016 to respond to Defendants' motion to dismiss or responsive pleading.

3.      Defendants shall have up to and including April 20, 2016 to file a reply in support of their motion to dismiss or other response to Plaintiff's Second Amended Complaint.

4.      The hearing on Defendants' Motion to Dismiss shall be set for May 13, 2016.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  February 11, 2016.

_____

HON. CHARLES R. BREYER

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

Case No. CV-13-4476 CRB – JOINT STIPULATION TO ENTER A BRIEFING SCHEDULE; PROPOSED ORDER