1  Christopher B. Dolan (#165358)
   Aimee E. Kirby (#216909)
2  **THE DOLAN LAW FIRM**
   1438 Market Street
3  San Francisco, California 94102
   Telephone:   (415) 421-2800
4  Facsimile:   (415) 421-2830

5
   Attorneys for Plaintiff
6  Richard Knudsen

7  Colin Murray
   Baker & McKenzie, LLP
8  Two Embarcadero Center, 11th Floor
   San Francisco, CA 94111
9  T: (415)591-3244

10
   Attorneys for Defendants
11 SPRINT COMMUNICATIONS COMPANY L.P., et al

12
                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14
                         **SAN FRANCISCO DIVISION**
15

| | |
|---|---|
| 16  Richard Knudsen, an individual, Qui Tam Plaintiff, on behalf of himself and United States of America and its Federal Agencies, a public entity, | Case No.: **CV 13 4476 CRB** |
| 17 | |
| 18             Plaintiffs, | |
| 19      v. | |
| 20 SPRINT COMMUNICATION COMPANY LP, SPRINT NEXTEL, SPRINT NEXTEL CORPORATION, SPRINT SOLUTIONS, INC., SPRINT SPECTRUM L.P. SPRINT SPECTRUM LIMITED PARTNERSHIP SPRINT SPECTRUM LP NEXTEL COMMUNICATIONS INCORPORATED NEXTEL COMMUNICATIONS OF THE MID ATLANTIC INCORPORATED and Does 1-100,            Defendants. | **ORDER RE JOINT STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS PLAINTFF'S SECOND AMENDED COMPLAINT** |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | Action Filed: Sept. 27, 2013 |
| 27 | Trial Date: TBD |
| 28 | Judge: Hon. Charles R. Breyer |

**PROPOSED ORDER RE JOINT STIPULATION TO CONTINUE DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

-1-

# **ORDER**

PURSUANT TO STIPULATION, the following is ORDERED:

1. The hearing on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint currently scheduled for June 24, 2016 is reset for August 5, 2016

**IT IS SO ORDERED.**

Dated:   may 31, 2016                                  _____

                                                                    The Honorable Charles R. Breyer

**THE DOLAN LAW FIRM**
TRIAL LAWYERS
THE DOLAN BUILDING
1438 MARKET STREET
**SAN FRANCISCO, CA**
94105
TEL: (415) 421-2800
FAX: (415) 421-2830